# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 21-1976    **Short Title:** Faria et al v. Citizens Bank, N.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)        [ ] intervenor(s)

/s/ John B. Ennis
Signature

01-03-2022
Date

John B. Ennis
Name

John B. Ennis, Esq.
Firm Name (if applicable)

(401) 943-9230
Telephone Number

1200 Reservoir Avenue
Address

(401) 679-0035
Fax Number

Cranston, RI 02920
City, State, Zip Code

jbelaw75@gmail.com
Email (required)

Court of Appeals Bar Number: 47641

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).